UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

AEM, INC., d/b/a MIRABILIS HR,      CASE NO.: 6:08-cr-23l-Orl-28KRS
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

    Defendants.
_____/

## JOINT MOTION TO CONTINUE TRIAL AS TO DEFENDANTS AEM, INC., HOTH HOLDINGS, LLC, AND MIRABILIS VENTURES, INC.,

COME NOW the Plaintiff, UNITED STATES OF AMERICA (hereinafter the "United States") and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. (hereinafter the "Defendants") and hereby jointly move this Court to continue the trial in this matter until the May 2010 trial term and, in support thereof, state as follows:

1.    Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. and were arraigned on December 17, 2008, and Defendant HOTH HOLDINGS, LLC was arraigned on February 24, 2009. Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. were originally

set for trial on February 1, 2009.

2. On January 23, 2009, the parties moved the Court for a continuance of the trial (Dkt. 26), and the Court entered its Order continuing the trial for Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. for the trial term commencing May 4, 2009 (Dkt. 37).

3. On February 24, 2009, Defendant HOTH HOLDINGS, LLC was arraigned and trial was set for April 6, 2009 (Dkt. 54).

4. Since all of the claims brought against these Defendants are intertwined each with the other, on March 19, 2009, the Government and each of the Defendants moved to consolidate the parties for purposes of trial, and requested the Court to reschedule defendant HOTH HOLDINGS, LLC's trial from April 6, 2009 to the May 4, 2009 trial date (Dkt. 56). The Court granted the parties Joint Motion on March 23, 2009 (Dkt. 59).

5. The Government and the Defendants have tentatively reached plea agreements which must also be coordinated with the United States Bankruptcy Court, Middle District, Orlando Division, Case No. 6:08-bk-04327-KSJ, The Honorable Karen S. Jennemann presiding. The Chapter 11 Bankruptcy Plans for the three Defendants were confirmed on October 26, 2009. The details of the plea agreements, however, could not be finalized until the Bankruptcy Court entered its Order Approving Motion to Approve Compromise of Controversy between

Debtors and the United States of America, which Order became effective on November 6, 2009.

6. The parties are now working on the final language for the plea agreements. The details of these plea agreements, however, could not be finalized due to the fact that lead counsel for the Government has been in trial for the past week. Further, undersigned counsel will be out of the country from March 25, through and including April 11, 2010 for a much needed vacation with his 14-year-old son, which has been planned for over 1 year and is pre-paid and non-refundable. It is possible that the plea could be entered later this week, but more likely will take place after undersigned counsel returns from his vacation.

7. The parties are, in good faith, negotiating the final terms of these plea agreements, and the additional time will work not only in the best interest of the moving parties, but will also conserve valuable judicial resources and promote the economical administration of justice.

8. This Motion is not brought for the purpose of harassment or delay.

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC., respectfully request this Honorable Court to continue the trial until the May 2010 trial term, or at a later date as this Court may deem proper.

Dated this 22nd day of March, 2010.

| | |
|---|---|
| BARRETT, CHAPMAN, & RUTA, P.A. | I. Randall Gold |
| 18 Wall Street | Assistant United States Attorney |
| Orlando, FL 32801 | Deputy Chief, Orlando Division |
| lee@bcrlaw.net | 501 West Church Street, Suite 300 |
| Tel: (407) 839-6227 | Orlando, Florida 32805 |
| Fax: (407) 648-1190 | randy.gold@usdoj.gov |
| Attorneys for Defendants | Tel: (407) 648-7506 |
| lee@bcrlaw.net | Fax: (407) 648-7643 |
| | |
| s/Richard Lee Barrett | s/I. Randall Gold |
| Richard Lee Barrett | I. Randall Gold |
| Florida Bar #0407161 | Florida Bar # 268062 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
501 West Church Street, Suite 300
Orlando, Florida 32805
randy.gold@usdoj.gov

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, Florida 32806

                                        BARRETT, CHAPMAN, & RUTA
                                        18 Wall Street
                                        P.O. Box 3826
                                        Orlando, FL 32802-3826
                                        Tel: (407) 839-6227
                                        Fax: (407) 648-1190
                                        Attorneys for Defendants

                        By:    s/Richard Lee Barrett
                                      Richard Lee Barrett
                                      Florida Bar #0407161