UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 6:08-CR-231-ORL-28KRS |
| ) | |
| AEM, INC. ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby enters her appearance as an additional attorney for the United States of America in this case as to all post-judgment issues and requests that the Court e-mail all notices to the undersigned, in addition to all other attorneys of record for the United States.

The clerk is requested to enter the appearance of the undersigned as an additional counsel of record for the United States.

      Respectfully submitted,

      ROBERT E. O'NEILL
      United States Attorney

By:   s/ Patricia A. Willing
      PATRICIA A. WILLING
      Assistant United States Attorney
      Florida Bar Number 340251
      ATTN: Beverly E. Hill
      Financial Litigation Unit
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone: (813) 274-6038
      Facsimile: (813) 274-6247
      E-mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

AEM, Inc.
c/o R.W. (Bill) Cuthill, Jr.
341 N. Maitland Avenue, Suite 210
Maitland, Florida  32862

s/ Patricia A. Willing
Assistant United States Attorney